IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**FRANK JONES** **PLAINTIFF**

V. CAUSE NO. 4:11-CV-00154-CWR-FKB

**UNKNOWN ATWOOD, ET AL.** **DEFENDANTS**

### ORDER ADOPTING REPORT AND RECOMMENDATION

On March 2, 2012, Magistrate Judge F. Keith Ball entered a Report and Recommendation[1] suggesting that the above-styled cause be dismissed without prejudice because of the plaintiff's failure to serve process. Judge Ball clearly and unambiguously notified the parties that any objections to his recommendation would have to be filed within 14 days, and on March 30, 2012, this Court extended the plaintiff's deadline until April 12, 2012.

Still, no objections have been lodged by either party, and the Court therefore adopts the Report and Recommendation in its entirety. The case is dismissed without prejudice. A Final Judgment memorializing this decision shall be entered. The clerk of the court is directed to mail a physical copy of this Order to the plaintiff.

SO ORDERED this Twenty-Ninth day of May 2012.

/s/ *Carlton W. Reeves*
Hon. Carlton W. Reeves
United States District Court Judge

---

[1] Report and Recommendation [Docket No. 12].